```
            UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF TENNESSEE
                  WESTERN DIVISION
```

| | |
|---|---|
| **ARLEY BLOOMGREN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **vs.** | )    No. 23-cv-1150-SHM-tmp |
| | ) |
| **OBION COUNTY JAIL &** | ) |
| **MEDICAL, et al.** | ) |
| | ) |
|     **Defendants.** | ) |

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 6), docketed December 15, 2023, dismissing the case without prejudice. It is also ordered that the civil filing fee be assessed in the amount of $402.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| *December 15, 2023* | WENDRY R. OLIVER |
| DATE | CLERK |
| | |
| | */s/ Jairo Mendez* |
| | (By) DEPUTY CLERK |